UNITED STATES of America ex rel. Mario BROSICH, Relator-Appellant, v. Edward J. SHAUGHNESSY, District Director of Immigration and Naturalization, etc., et al., Respondent-Appellees.

No. 106, Docket 22516.

United States Court of Appeals
Second Circuit.

Argued Oct. 17, 1952.

Decided Oct. 17, 1952.

Charles L. Cusumano, New York City, for relator-appellant.

Myles J. Lane, U. S. Atty., for Southern District of New York, New York City (William J. Sexton, Asst. U. S. Atty., New York City, of counsel), for respondents-appellees.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

J. A. DOGGETT, G. W. Allen and H. G. Allen, Appellants, v. R. L. HUNT, Appellee.

No. 14156.

United States Court of Appeals
Fifth Circuit.

Oct. 22, 1952.

Albert J. Tully, Mobile, Ala., for appellant.

W. Dewitt Reams, Mobile, Ala., Ralph B. Shank, Dallas, Tex., for appellee.

Before BORAH, STRUM and RIVES, Circuit Judges.

PER CURIAM.

Motion of appellee to dismiss appeal granted and the appeal herein, 93 F.Supp. 426, is dismissed on the authority of Kelly v. Great Atlantic & Pacific Tea Co., 4 Cir., 86 F.2d 296.